# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1285

_____

Dale Thomas Johns,                *
                                             *

           Appellant,           *
                                             *     Appeal from the United States

     v.                              *     District Court for the District
                                             *     of Minnesota.

Donald Romine, Warden;        *
United States of America,        *          [UNPUBLISHED]
                                             *

           Appellees.           *

_____

Submitted:  August 4, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Dale Thomas Johns appeals the district court's order dismissing Johns's application for habeas relief under 28 U.S.C. § 2241.  Having carefully reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct for the reasons stated by the magistrate judge, whose recommendation the district court adopted.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.